THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JEROME A. JACOBS, Appellant.

Submitted January 18, 1939; decided February 21, 1939.

*Jerome A. Jacobs,* in person, appellant.

*Thomas E. Dewey,* District Attorney (*Stanley H. Fuld*
and *Arnold Bauman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.